JS - 6

**FILED:   7/23/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>  vs.<br><br>PETSMART, INC., et al<br><br>    Defendants. | **CASE NO. CV 14-3600 GHK (PLAx)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:   7/23/14

                 GEORGE H. KING
                 CHIEF U. S. DISTRICT JUDGE